UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAC DAYTON, LLC, AND

INTERNATIONAL AUTOMOTIVE COMPONENTS GROUP NORTH AMERICA, INC.,

Plaintiffs/Counterclaim-Defendants,

-against-

NATIONAL RETIREMENT FUND.,

Defendant/Counterclaim-Plaintiff.

25 CIVIL 07243 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 14, 2026, the Arbitrator's decision that the PBGC rate was the appropriate rate to calculate the withdrawal liability is vacated. The case is remanded to the Arbitrator to recalculate withdrawal liability consistent with this opinion and order. In the absence of additional evidence sufficient to support a different discount rate, the Court presumes withdrawal liability should be calculated using the 7.3% rate which the Actuary put forth as his best estimate of the plan's anticipated experience. See New York Times Co. v. Newspaper & Mail Deliverers'-Publishers' Pension Fund, 303 F. Supp. 3d at 256; accordingly, the case is closed.

**Dated:** New York, New York
September 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**